```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

BOND SAFEGUARD INSURANCE COMPANY )
                                 )
        Plaintiff                )
                                 )        No. 3:11-1129
v.                               )        Judge Nixon/Brown
                                 )
GERALD R. ROY, *et al.*,         )
                                 )
        Defendants               )

## O R D E R

A case management conference was held in this matter on February 6, 2012. Mr. Gillum advised that service of process had been obtained against all of the Defendants with the exception of Mr. Roy. He advised that they had issued an alias summons for Mr. Roy and hoped to have it served in the near future. He further advised that his company had provided a bond for a project which was not finished. His company has paid the amount of the bond and is now seeking indemnity from the various Defendants. It was his expectation, based on the fact that the served Defendants had failed to respond, that no response was likely to be forthcoming and that he would proceed to seek a default and then a default judgment against all of the Defendants.

Although the time to respond has run as to four of the Defendants, he advised that he would prefer to wait until he had obtained service of process and the time had run for a response from Mr. Roy before filing his initial motion for default.

This case is set for a further conference to be conducted by telephone on **March 14, 2012, at 11:00 a.m. To participate in the conference call, parties shall call 615-695-2851 at the scheduled time.**

In the event that a default is issued as to all Defendants, the telephone conference will be automatically canceled.

It is so **ORDERED**.

/s/ Joe B. Brown  
JOE B. BROWN  
United States Magistrate Judge