IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>GERALD R. ROY, AMBER VANLOH in her capacity as Trustee of the living trust of Gerald Robert Roy, ROY'S CONSTRUCTION, INC., ROY'S DEVELOPMENT, LLC, and THE LIVING TRUST OF GERALD ROBERT ROY,<br><br>　　Defendants. | No. 3:11-cv-01129<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

Before the Court are Plaintiff Bond Safeguard Insurance Company's Notice of Dismissal as to Defendant Gerald R. Roy (Doc. No. 24) and Notice of Dismissal as to Defendant Amber Vanloh in her Capacity as Trustee of the Living Trust of Gerald Robert Roy (Doc. No. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants Gerald R. Roy and Amber Vanloh are therefore **DISMISSED** as defendants to this action.

It is so ORDERED.

Entered this the 3rd day of May, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN T. NIXON, SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT