IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROY'S CONSTRUCTION, INC., ROY'S DEVELOPMENT, LLC, and THE LIVING TRUST OF GERALD ROBERT ROY,<br><br>    Defendants. | No. 3:11-cv-01129<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

Pending before the Court is Plaintiff Bond Safeguard Insurance Company's Motion to Continue Hearing ("Motion"). (Doc. No. 29.) Plaintiff moves to continue the hearing on its Motion for Default Judgment, currently scheduled for June 6, 2012. (*Id.*) The Motion is **GRANTED** and the Court **CONTINUES** the hearing to **Monday, June 25, 2012 at 10:00 a.m.**

It is so ORDERED.

Entered this the 9th day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT