IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:11-cv-01129 ) |
| GERALD R. ROY, AMBER VANLOH in her capacity as TRUSTEE of THE LIVING TRUST OF GERALD ROBERT ROY, ROY'S CONSTRUCTION, INC., and ROY'S DEVELOPMENT, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFAULT JUDGMENT

Defendants Roy Construction, Inc., and Roy's Development, LLC having failed to plead or otherwise defend in this action, and default having heretofore been entered against them; upon Motion of and upon affidavit that Defendant is indebted to the Plaintiff in the principal sum of $242,600; that Defendants Roy Construction, Inc. and Roy's Development, LLC have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUGED and DECREED that Plaintiff be granted judgment and recover from Defendants Roy Construction, Inc. and Roy's Development, LLC the sum of $242,600, plus interest from the date of the judgment as provided by the law, ~~together with the costs of this action~~., for all of which execution shall issue if necessary.

This judgment is entered by the Court at the request of the Plaintiff and upon affidavit that said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

ENTERED this the 25th day of June, 2012.

Senior D.J. ~~Magistrate Judge Joe B. Brown~~
John T. Nixon

SUBMITTED FOR ENTRY:

/s/ John Gillum
John M. Gillum (TN BPR No. 010230)
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030
(615) 242-4203 (fax)
jgillum@manierherod.com

*Attorney for Plaintiff Bond Safeguard Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2012, a true and accurate copy of the foregoing has been furnished via first class U.S. Mail upon:

Roy's Construction, Inc.
c/o Gerald R. Roy
3439 Gasverks Glade
St. Thomas, U.S.V.I, 00802-5732

Roy's Development, LLC.
c/o Gerald R. Roy
3439 Gasverks Glade
St. Thomas, U.S.V.I, 00802-5732

Gerald R. Roy
3439 Gasverks Glade
St. Thomas, U.S.V.I, 00802-5732

Amber Vanloh, Trustee of the Living Trust of Gerald Robert, Roy
3439 Gasverks Glade
St. Thomas, U.S.V.I, 00802-5732

The Living Trust of Gerald Robert, Roy
c/o Amber Vanloh
3439 Gasverks Glade
St. Thomas, U.S.V.I, 00802-5732

/s/ *John M. Gillum*